Reference: Civil Case No. 4:12-cv-00470                       October 16, 2012
United States District Court – Eastern District of Texas, Sherman Division

To Whom It May Concern:

I am requesting that the subpoena on Civil Case No. 4:12-cv-00470 be blocked (or "quashed") and/or dismissed before I am identified and my personal information is released.

I have no knowledge of any movies being downloaded or distributed from my internet AT&T connection.

Please let me know if additional information is needed. Thank you for your time and consideration.

*Vickie Coughlin* (signature)

Vickie L Coughlin
214-315-3687
vcoughli@gmail.com

State of Texas County of Collin
Subscribed and sworn to (or affirmed) before me
on this 16 day of October, 2012
by Vickie L Coughlin
proved to me on the basis of satisfactory evidence to be
the person(s) who appeared before me.

Notary Public Signature

Craig R. Foley, II
Commission Expires
11-24-2012

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

OCT 17 2012

DAVID J. MALAND, CLERK
BY
DEPUTY _____