# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| COMBAT ZONE CORP. | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:12-cv-00470 |
| | § | |
| JOHN/JANE DOES 1-4 | § | JURY TRIAL REQUESTED |
| | § | |
| *Defendants*. | § | |

## STIPULATION OF DISMISSAL OF DEFENDANT DOE 173.57.113.124

Plaintiff, Combat Zone Corp. (hereinafter "Combat Zone" or the "Plaintiff"), and Defendant John/Jane Doe 3, known unto Plaintiff by that certain Internet Protocol address 173.57.113.124 (collectively, the "Parties" and each is, individually, a "Party"), hereby stipulate and agree as follows:

The Parties hereby stipulate and agree that, pursuant to Fed.R.Civ.P. 41(a)(2), the subject litigation, Civ. Action No. 4:12-cv-00470, specifically and only with respect to Defendant John/Jane Doe 3, known unto Plaintiff by that certain Internet Protocol address 173.57.113.124, should be dismissed with prejudice. Plaintiff, however, has not released, and nothing in this Stipulation shall be construed as a release or discharge of, any claim Plaintiff has or may have in the future against any other defendant named in this action or any other alleged infringer of this cause of action. All such rights have been, and are, expressly reserved. Each party is to bear its own fees and expenses.

Dated: November 1, 2012                    Respectfully submitted,

                                                **CHALKER FLORES, LLP**

                                                By: */s/ Thomas G. Jacks*
                                                      Thomas G. Jacks
                                                      Texas Bar No. 24067681
                                                      Scott A. Meyer
                                                      Texas Bar No. 24013162
                                                      14951 N. Dallas Parkway, Suite 400
                                                      Dallas, Texas 75254
                                                      (214) 866-0001
                                                      (214) 866-0010 (Fax)
                                                      tjacks@chalkerflores.com
                                                      smeyer@chalkerflores.com

                                                **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 1st day of November, 2012, a true and correct copy of the foregoing document was served on all parties of record and Defendant John/Jane Doe 3, known unto Plaintiff by that certain Internet Protocol address 173.57.113.124, in accordance with the Federal Rules of Civil Procedure and this Court's ECF system:

                                                */s/ Thomas G. Jacks*
                                                Thomas G. Jacks